.FILED
19-0012
1/7/2019 12:00 AM
tex-30144239
SUPREME COURT OF TEXAS
BLAKE A. HAWTHORNE, CLERK

NO. _JC 16- 916_

| | | |
|---|---|---|
| IN THE INTEREST OF | § | IN THE DISTRICT COURT |
| et al | § | 304th JUDICIAL DISTRICT |
| CHILDREN | § | DALLAS COUNTY, TEXAS |

### ORDER OF APPOINTMENT FOR PARENT UNDER TITLE II _for Appeal_

TO: _April Smith_ _____ TELEPHONE NO: _____

FAX NO:_____ EMAIL:_____

On this day, the Court made an initial determination of indigence for _____ _____ and finds that the parent of the subject child(ren) is indigent.

Pursuant to Texas Family Code you are hereby appointed to represent the parent of the child(ren) who is indigent.

You are hereby ORDERED to make contact with your client within twenty-four hours from today to complete the attached indigence form and shall file the completed form along with responsive pleadings with the court within seventy-two hours from today.

Such appointment continues until released by the Court. Such appointment concludes upon entry of a final order. The next hearing in scheduled for _____ for a _____ hearing.

Signed the 23 day of ___April___, 2018.

_Andrea Martin_
_____
JUDGE

DA: _____